FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO NUNEZ, | NO. CV 08-127-SGL(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 2-18-08

/s/ S.G. Larson
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE